DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ALEXIS LOEB (CABN 269895)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7168
    FAX: (415) 436-7027
    alexis.loeb@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-0646 EMC |
| Plaintiff, | |
| v. | [PROPOSED] ORDER EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| SANTOS IRIAS-LOBO, | |
| Defendant. | |

The parties appeared before the Court on January 8, 2020 for a status hearing. The Court set a further status or change-of-plea hearing for February 12, 2020. Because the government has provided discovery, the parties and the Court agreed that it would be appropriate for time be excluded under the Speedy Trial Act between October 16, 2019 and November 13, 2019, for effective preparation by counsel.

Therefore, the Court finds and holds that the time between January 8, 2020, and February 12, 2020, is excluded under the Speedy Trial Act. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the

requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: January 13, 2020

EDWARD M. CHEN
United States District Judge