STEVEN G. KALAR
Federal Public Defender
Northern District of California
DAVID RIZK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:        david_rizk@fd.org

Counsel for Defendant IRIAS-LOBO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SANTOS IRIAS-LOBO,<br><br>  Defendant. | **Case No.:** CR 19–646 EMC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING** |

    The above titled matter is currently scheduled for sentencing on June 10, 2020. Due to the COVID-19 pandemic, the parties and Probation request that sentencing be continued approximately 30 days to July 8, 2020 at 2:30 p.m. The defendant is out of custody and has had no violations while on pretrial release.

\\

\\

\\

STIPULATION AND [PROPOSED] ORDER
*IRIAS-LOBO*, CR 19–646 EMC

IT IS SO STIPULATED.

| | |
|---|---|
| April 20, 2020<br>Dated | DAVID L. ANDERSON<br>United States Attorney<br>Northern District of California |
| | /S<br>ALEXIS LOEB<br>Assistant United States Attorney |
| April 20, 2020<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S<br>DAVID RIZK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| 04/20/2020<br>Dated | EDWARD CHEN<br>United States District Judge |

STIPULATION AND [PROPOSED] ORDER
*IRIAS-LOBO*, CR 19–646 EMC

2